# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD HAMILTON,**<br>           **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **FRANK C. VIDEON, INC.,** doing business as **"VIDEON CHRYSLER DODGER JEEP,"**<br>           **Defendant.** | **NO.  16-4547** |

## O R D E R

**AND NOW**, this 12th day of August, 2019, upon consideration of Defendant's Motion for Summary Judgment (Document No. 35, filed February 4, 2019), Defendant's Statement of Material Facts Supporting Motion for Summary Judgment (Document No. 36, filed February 4, 2019), defendant's Exhibits A–K (Document Nos. 37 & 38, filed February 5 & 7, 2019), Plaintiff's Response to Motion for Summary Judgment (Document No. 40, filed March 1, 2019), Plaintiff's Response to Statement of Facts Defendant Claims Are Undisputed and Material (Document No. 41, filed March 1, 2019), Defendant's Reply in Support of Motion for Summary Judgment (Document No. 43, filed March 21, 2019), for the reasons stated in the accompanying Memorandum dated August 12, 2019, **IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**.  **JUDGMENT IS ENTERED** in **FAVOR** of defendant, Frank C. Videon, Inc., doing business as "Videon Chrysler Dodge Jeep," and **AGAINST** plaintiff, Richard Hamilton.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** this case **CLOSED**.

        **BY THE COURT**

        **/s/ Hon. Jan E. DuBois**
        _____
            DuBOIS, JAN E., J.